UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.S. et. al.,<br><br>                                **Plaintiffs,**<br><br>       -against-<br><br>NEW YORK CITY DEPT. OF EDUCATION.,<br><br>                                **Defendant.** | 23-CV-6471 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's letter dated December 14, 2023. ECF No. 14. The Parties shall file a stipulation of dismissal by January 19, 2024. It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

Dated:  December 20, 2023
       New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**